# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALYSSE N. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-14-507-R |
| | ) |
| CHESAPEAKE ENERGY CORP., and | ) |
| CHESAPEAKE OPERATING, INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, ALYSSE N. CLARK , and hereby dismisses her claims against the Defendants in the above-styled case WITHOUT prejudice to the refilling thereof in accordance with applicable law.

Respectfully submitted,

*s/Blake Sonne*
Blake Sonne, OBA #20341
SONNE LAW FIRM, PLC
P.O. Box 667
Norman, Oklahoma 73070
(405) 664-2919
(405) 872-8897 (fax)
bsonne21@yahoo.com
**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2014, I electronically transmitted the above document to the Clerk of the Court using the ECF filing System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael F. Lauderdale, OBA #14265
Josh W. Solberg, OBA #22308
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
(405) 235-9621
(405) 235-0439 (fax)
**ATTORNEYS FOR DEFENDANT**

                                        *s/Blake Sonne*